UNITED STATES of America, Plaintiff-Appellee,

v.

Sergio RODRIGUEZ-DOMINGUEZ, Defendant-Appellant.

No. 15-50383

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 \*

Filed December 19, 2016

Alexandra Fairbanks Foster, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Ellis M. Johnston, III, Esquire, Trial Attorney, San Diego, CA, for Defendant-Appellant

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM \*\*

Sergio Rodriguez-Dominguez appeals from the district court's judgment and challenges the 40-month sentence imposed following his guilty-plea conviction for importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291. We vacate and remand for resentencing.

Rodriguez-Dominguez argues that the district court erred in denying a minor role

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

reduction to his base offense level under U.S.S.G. § 3B1.2(b). After Rodriguez-Dominguez was sentenced, the United States Sentencing Commission issued Amendment 794 ("the Amendment"), which amended the commentary to the minor role Guideline. The Amendment is retroactive to cases pending on direct appeal. *See United States v. Quintero–Leyva*, 823 F.3d 519, 523 (9th Cir. 2016). The Amendment added a non-exhaustive list of factors that a court "should consider" in determining whether to apply a minor role reduction. *See* U.S.S.G. § 3B1.2 cmt. n.3(C) (2015). Because we cannot determine from the record whether the district court considered all of the now-relevant factors, we vacate Rodriguez-Dominguez's sentence and remand for resentencing. *See Quintero–Leyva*, 823 F.3d at 523–24.

**VACATED and REMANDED for resentencing.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.